United States District Court
for the
Northern District of Illinois
Western Division

| Northwestern Illinois Area Agency on Aging | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cv-50070 |
| | ) | |
| v. | ) | Judge: Reinhard |
| | ) | |
| Paula Basta in her personal capacity and in her official capacity as Director of the Illinois Department on Aging | ) ) ) | |
| | ) | |
| Defendants | ) | |

## Motion for Status and Decision

Plaintiff, the Northwestern Illinois Area Agency on Aging (NIAAA), through its attorneys Grant Nyhammer and Timothy Scordato, pursuant to LR 78.5, files this Motion for Status and Decision. In support of this Motion, NIAAA states the following:

1. On May 20, 2022, NIAAA filed Plaintiff's Motion to Disqualify Counsel [ECF No. 17].

2. On May 23, 2022, this Court ordered [ECF No. 18] Defendant to respond to Plaintiff's Motion to Disqualify by June 6, 2022 and NIAAA to reply by June 13, 2022.

3. On June 6, 2022, Defendant filed Defendants' Response to Plaintiff's Motion to Disqualify Defendants' Counsel [ECF No. 22].

4. On June 7, 2022, this Court ordered [ECF No. 23] a stay of discovery and *sua sponte* struck Plaintiff's Motion to Disqualify Counsel without prejudice to refiling, if necessary, after the stay of discovery was lifted.

5. On June 15, 2022, this Court reinstated [ECF No. 26] Plaintiff's Motion to Disqualify Counsel and ordered NIAAA to reply by June 22, 2022.

6. On June 21, 2022, NIAAA filed Plaintiff's Motion for Extension of Time [ECF No. 33], requesting an extension to reply to Defendants' Response to Plaintiffs Motion to Disqualify Defendants' Counsel.

7. On June 21, 2022, this Court struck the June 22, 2022 due date until further order of the court [ECF No. 34].

8. On July 7, 2022, this Court stayed [ECF No. 37] all matters pending before the Court until further order of the court.

9. On July 14, 2022, NIAAA filed its Reply to Defendants' Response to Motion to Disqualify Counsel.

10. Plaintiff's Motion to Disqualify Counsel has been fully briefed for more than 60 days.

Wherefore, NIAAA requests that this court give status of Plaintiff's Motion to Disqualify Counsel and the Court's July 7, 2022 order staying all matters pending before the Court and provide a decision on Plaintiff's Motion to Disqualify Counsel.

Respectfully submitted,

/s/ Timothy Scordato
Timothy Scordato,
Attorney Registration #6322807
Staff Attorney, NIAAA
1111 S. Alpine Road, Suite 600
Rockford, IL 61108
tscordato@nwilaaa.org
(815) 226-4901

**<u>Certificate of Service</u>**

I hereby certify that on October 11, 2022, I submitted with the Clerk for the Northern District of Illinois using the Court's electronic filing system or CM/ECF Plaintiff's *Motion for Status and Decision* and thereby provided a copy to all parties of record.

<u>/s/ Timothy Scordato</u>
*Timothy Scordato*
*Counsel for Plaintiff*
